## Guy B. Barham Co. (Yee Sing Co.) *v.* United States

No. 4581.—Invoice dated Hong Kong, November 30, 1937.
Entered at Los Angeles, Calif., January 3, 1938.
Entry No. 7234.

### Second Division, Appellate Term

(Decided May 26, 1939)

*Harper & Harper* for the appellant.
*Webster J. Oliver,* Assistant Attorney General (*Daniel I. Auster* and *Daniel G. McGrath,* special attorneys), for the appellee.

Before Tilson, Kincheloe, and Dallinger, Judges; Tilson, J., not participating

Kincheloe, Judge: This application for review, having been formally abandoned, is hereby dismissed. Judgment will be rendered accordingly.